# Court of Appeals
# of the State of Georgia

ATLANTA,  January 22, 2016

*The Court of Appeals hereby passes the following order:*

**A15A2078.  IN RE: MARVIN TERRY WHITE SELF SETTLED SPECIAL NEEDS TRUST.**

After the death of Marvin Terry White, a dispute arose as to the appropriate distribution of the assets of his Special Needs Trust.  The Trustee filed a Petition for Judicial Determination of Heirs and Interests, and the probate court ordered that the assets of the trust be distributed pursuant to White's last will and testament.  Robert E. White, an heir to Marvin White, appeals from the probate court's decision.

Our State constitution grants the Georgia Supreme Court jurisdiction over appeals in "[a]ll cases involving wills."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (3).  As the Supreme Court has explained, "'all cases involving wills' means those cases in which the will's validity or meaning is in question."  *In re Estate of Lott*, 251 Ga. 461 (306 SE2d 920) (1983).  Because the resolution of this case requires an evaluation of both the terms of White's trust and the meaning of his will, it appears that jurisdiction may lie in the Supreme Court.  As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this appeal is

hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*_____01/22/2016_____
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*